# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. CLAIMS, INC. : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO. 07-0543 |
| SAFFREN & WEINBERG, LLP., : | |
| KENNETH S. SAFFREN, ESQUIRE : | |
| and MARC A. WEINBERG, ESQUIRE : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this *22nd* day of *July*, 2009, upon consideration of Defendant Marc A. Weinberg, Esquire's Motion to Dismiss (Docket No. 24) and Plaintiff U.S. Claims, Inc.'s Response (Docket No. 26), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.